OXWELD ACETYLENE CO. v. COLE.
(No. 5880.)

(Court of Civil Appeals of Texas. Austin. March 13, 1918.)

Appeal and Error ⊂⊃493 — Judgment Appealable—Jurisdictional Amount.

In action to recover $169, in the absence of showing that the action was ever tried in jus-

tice court, an appeal from the county court will be dismissed; such amount being below the original jurisdiction of the county court.

Appeal from Bell County Court; M. B. Blair, Judge.

Action between the Oxweld Acetylene Company and George W. Cole, Jr. From the judgment rendered, the Company appeals. Appeal dismissed.

Sam D. Ware and Clem C. Countess, both of Belton, for appellant. Jno. B. Durrett, of Belton, for appellee.

JENKINS, J. This is a suit for $169.05. There is nothing in the record to show that it was ever tried in a justice court. The amount involved is below the original jurisdiction of the county court.

For the reason that it does not appear that the county court had jurisdiction to try this case, the appeal herein is dismissed.

Dismissed.